NICHOLAS TURCHIN, Plaintiff, v. MATHESON LEAD COMPANY, Defend-
ant.— Motion to resettle order granted. Present — Jenks, P. J., Thomas,
Carr, Stapleton and Rich, JJ.

THE DIME SAVINGS BANK OF BROOKLYN, Respondent, v. THE A. D.
M. Co., INC., Appellant, and Others, Defendants.— Order affirmed, with
ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr,
Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of CHARLES P.
BENEDICT and JOHN C. WEST, as Executors, etc., of READ BENEDICT,
Deceased, Appellants. WILLIAM M. MULLEN, Special Guardian, etc.,
Respondent.— Decree of the Surrogate's Court of Richmond county modi-
fied by reducing the compensation of respondent to $250, and as modified
affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills,
Rich and Putnam, JJ., concurred.

In the Matter of the Application of WILLIAM CLEMETT, Appellant, to
Determine the Alleged Lien of CLARENCE C. FERRIS, an Attorney at Law,
Respondent.— Order affirmed, with ten dollars costs and disbursements.
No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.,
concurred.

SIMON KOCIUS, °Respondent, v. WILLIAM A. JAMISON, Appellant.—
Judgment and order unanimously affirmed, with costs. No opinion.
Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

MARGARET MACK, Respondent, v. JOHN WANAMAKER, Appellant.—
Judgment and order unanimously affirmed on reargument, with costs.
No opinion. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.